1

2

3

4

5                 UNITED STATES DISTRICT COURT

6                 EASTERN DISTRICT OF WASHINGTON

7   ARELI PEREZ,
                                        NO:  13-CV-3055-TOR
8                      Plaintiff,
                                        ORDER OF DISMISSAL AS TO
9        v.                             THIRD-PARTY CLAIMS

10  OPPORTUNITIES
    INDUSTRIALIZATION CENTER OF
11  WASHINGTON,

12                     Defendant.

13  _____

    OPPORTUNITIES
14  INDUSTRIALIZATION CENTER OF
    WASHINGTON,

15
                      Third-Party Plaintiff,
16       v.

17  GILBERT ALANIZ,

18                    Third-Party Defendant.

19  _____

20

ORDER OF DISMISSAL AS TO THIRD-PARTY CLAIMS ~ 1

1    BEFORE THE COURT is a Stipulation of Voluntary Dismissal filed by

2  Third-Party Plaintiff Opportunities Industrialization Center of Washington and

3  Third-Party Defendant Gilbert Alaniz (ECF No. 22).  Pursuant to this stipulation,

4  the Court will dismiss the third-party claims asserted by Opportunities

5  Industrialization Center of Washington with prejudice and without costs or

6  attorney's fees to any party except as otherwise agreed.  Fed. R. Civ. P.

7  41(a)(1)(A)(ii).

8  **IT IS HEREBY ORDERED**:

9    Pursuant to the Stipulation of Voluntary Dismissal filed by Third-Party

10  Plaintiff Opportunities Industrialization Center of Washington and Third-Party

11  Defendant Gilbert Alaniz (ECF No. 22), all third-party claims asserted by

12  Opportunities Industrialization Center of Washington are hereby **DISMISSED**

13  with prejudice and without costs or fees to either party except as otherwise agreed.

14    The District Court Executive is hereby directed to enter this Order, furnish

15  copies to counsel, and **CLOSE** the file.

16    **DATED** June 4, 2014.



17

18                                THOMAS O. RICE
                                United States District Judge

19

20

ORDER OF DISMISSAL AS TO THIRD-PARTY CLAIMS ~ 2